**Donald D. duBoulay**
  Attorney at Law

**305 Broadway, Suite 602**
New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:    dondubesq@aol.com

April 10, 2026

The Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York, 10007

      Re: United States v. Gonzalez-Valdez et al.,
         25 Cr. 0076 (MKV)

Dear Judge Vyskocil :

    I represent Romain Noe Bello-Ferrer, a defendant in the above-mentioned matter. I write pursuant to the Court's January 15, 2026, scheduling order directing counsel to advise the court of any motions contemplated by the defense.

    As noted by other counsel, we have recently received an enormous amount of discovery, much of which is in Spanish, which will take a significant amount of time to review with my client.

    Therefore, I respectfully join the applications of respective co-counsel that request additional time to review the enormous volume of discovery received. And to consult with my client before informing the court of all the motions that may be warranted. As of this date, I contemplate the possibility of a severance motion only.

                      Respectfully submitted,
                            /s/
                      Donald D. duBoulay
                      *Attorney for Bello-Ferrer*

cc: All Counsel (vía ECF)]